IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ODESSA BUYCKS,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   12-cv-329-wmc

LATRICE HOGAN,
BONNIE THIELECKE and
JULIE MURDOCK,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 6/27/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |